# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF GEORGIA

# ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER WILLIAMS, by and through his Guardian, Conservator, and Next Friends, DOUGLAS WILLIAMS and LISA WILLIAMS; DOUGLAS WILLIAMS, and LISA WILLIAMS, <br><br>Plaintiffs, <br><br>v. <br><br>FULTON COUNTY SCHOOL DISTRICT, et al., <br><br>Defendants. | CIVIL ACTION FILE <br><br>NO.1:14-CV-00296-AT <br><br>**<u>JURY TRIAL REQUESTED</u>** |

## **<u>AMENDED COMPLAINT</u>**

COME NOW Plaintiffs and pursuant to agreement by the parties and Court order and file this Amended Complaint.

Plaintiffs incorporate their Complaint (Doc 1) as if fully set forth herein except they correct the names of two defendants.  Defendant Cindy Kanner was inaccurately referenced as Cynthia Kanner in the original complaint, and this Amended Complaint corrects all references to Defendant Cindy Kanner as Cindy Kanner.  Similarly, Defendant Sarah McConnell was inaccurately stated to be Sara Biegelson, and all incorrect references to

Defendant Sarah McConnell are hereby amended and corrected to refer to Defendant as Sarah McConnell.

This 28th day of October 2014.

      *Chris E. Vance*
Chris E. Vance
Ga. Bar No. 724199

Counsel for Plaintiffs

**CHRIS E. VANCE, P.C.**
Suite 100
2415 Oak Grove Valley Road
Atlanta, GA 30345
Tel: (404) 320-6672
Fax: (404) 320-3412
Cell: (404) 313-3800
Email: chris@chrisvancepc.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Amended Complaint** has been served electronically upon Defendants through their counsel.

This 28th day of October 2014.

    *Chris E. Vance*
Chris E. Vance
Ga. Bar No. 724199

Counsel for Plaintiffs

**CHRIS E. VANCE, P.C.**
Suite 100
2415 Oak Grove Valley Road
Atlanta, GA 30345
Tel: (404) 320-6672
Fax: (404) 320-3412
Cell: (404) 313-3800
Email: chris@chrisvancepc.com