# EXHIBIT 5

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**
██████████████

July 12, 2011

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA 30315

Bill Number 107153
Billed through 06/25/2011

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**

**FUBOE  110671  DGB**

Net balance forward                                                    $0.00

## FOR PROFESSIONAL SERVICES RENDERED

Received and reviewed response to Open Records Act request; drafted changes; review of final response;

Review of emails from Chris Vance to Board; telephone conference with Julie Baldwin and Cindy Kanner; drafted correspondence to Chris Vance;

Review of witness statements related to Hopewell Middle School investigation; telephone conferences with Julie Baldwin and Cindy Kanner; emails to Julie Baldwin; redacted transcripts;

Received and reviewed emails from Chris Vance;

Continued redaction of transcripts;

Telephone conference with Cindy Kanner and Julie Baldwin regarding ███████████████; review of records; telephone call to Joseph Umbarger;

Travelled to and met with Julie Baldwin and Cindy Kanner to ████████████████████████;

Continued review of records; drafted correspondence to Chris Vance;

Received and reviewed correspondence from Chris Vance; coordinated response and correspondence;

Review of Affidavit of Joseph Umbarger and accompanying exhibits; telephone call to Joseph Umbarger; review of produced documents;

Drafted correspondence to Chris Vance;

Telephone conference with Julie Baldwin and Cindy Kanner regarding ███████████████;

Received and reviewed emails from Chris Vance;

Trip to and meeting with Cindy Kanner regarding █████████████;

Telephone conference with Cindy Kanner regarding ████████████;

Drafted correspondence to Chris Vance;

Received and reviewed due process hearing request;

Discuss A. Williams; review complaint; communicate with opposing counsel; ███████████████; notify client; meet with D. Pettes regarding ██████████████;

Received and reviewed email from Chris Vance;

Meeting with Julie Baldwin and Cindy Kanner regarding ██████████;

Review education records and begin draft of response; ████████████████████████████████ ██████ with client; communicate with opposing counsel regarding mediation / ERS and hearing date;

Receipt and review Due Process Hearing Request.

Review of transcripts; drafted correspondence to Chris Vance;

Work on background summary, Response, cost chart; discuss with D. Pettes; strategize regarding case;

Telephone conferences with Cindy Kanner regarding ████████████████;

Meeting with client regarding ███████████████; strategize regarding ████████████

finalize Response; prepare rough draft of PWN;
Review of information; Review and and revise memo to Board ▮▮▮▮▮▮▮▮▮▮▮
Redacted documents; forwarded documents to Chris Vance; drafted correspondence to Chris Vance;
Telephone conferences with Cindy Kanner regarding ▮▮▮▮▮▮▮▮ obtained copies and began review of all audio;
Discuss ▮▮▮▮ with D. Pettes; review OT/PT documents and send to opposing counsel; review education records;
discuss ▮▮▮▮▮▮ with C. Cannon and exchange emails with opposing counsel;

|  |  |
|---|---|
|  | ======== |
| Total fees for this matter | $13,705.50 |
|  | ======== |

## BILLING SUMMARY

|  |  |
|---|---|
| TOTAL FEES | $13,705.50 |
|  | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$13,705.50** |
| PLUS BALANCE FORWARD | $0.00 |
|  | ======== |
| **TOTAL BALANCE NOW DUE** | **$13,705.50** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**
███████████████

August 10, 2011

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA  30315

Bill Number 107580
Billed through 07/25/2011

## EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/ PARENTS: DOUGLAS AND LISA WILLIAMS
## FUBOE   110671   DGB

Net balance forward                                          $0.00

## FOR PROFESSIONAL SERVICES RENDERED

Receipt and review Plaintiffs' Motion for Ruling on Jurisdiction.
Telephone conference with Cindy Kanner regarding ███████████████
Received and reviewed emails from Chris Vance;
Continued review of audio tapes of witness interviews;
Received and reviewed emails from Chris Vance regarding Medicaid bills;
Began drafting correspondence to Chris Vance regarding GORA documents;
Continued review of audio taped witness interviews;
Telephone conference with Julie Baldwin regarding ██████████████
Attended and participated in meeting regarding ████████████████;
Drafted correspondence to Chris Vance regarding GORA and FERPA requests;
Review scheduling order from Judge Schroer and calendar same;
Strategize and prepare for mediation;
Strategize and prepare for mediation.
Attend mediation;
Attend mediation.
Review emails from opposing counsel;
Received and reviewed email from Chris Vance regarding status of audio tape redaction;
Received and reviewed subpoena served;

|                                         | ======== |
| --------------------------------------- | -------- |
| Total fees for this matter              | $3,456.00 |

## EXPENSES

| Date     | Description                                                          | Amount |
| -------- | ------------------------------------------------------------------- | ------ |
| 07/12/11 | LASERSHIP, INC.; Courier Service-FULTON COUNTY SCHOOL DISTRICT-06/24/2011 | 32.45 |
| 07/20/11 | TODD HATCHER; Local travel-MEDIATION-07/14/2011                     | 30.48 |
| 07/25/11 | Copies                                                              | 188.75 |
| 07/25/11 | FEDERAL EXPRESS; Courier Service-CHRIS E. VANCE, ESQ-06/24/2011     | 10.78 |
| 07/25/11 | Postage                                                             | 35.18 |
|          |                                                                     | ======== |
|          | Total expenses for this matter                                     | $297.64 |

## BILLING SUMMARY

|  |  |
|---|---|
| TOTAL FEES | $3,456.00 |
| TOTAL EXPENSES | $297.64 |
|  | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$3,753.64** |
| PLUS BALANCE FORWARD | $0.00 |
|  | ======== |
| **TOTAL BALANCE NOW DUE** | **$3,753.64** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**

September 2, 2011

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA  30315

Bill Number  108000
Billed through  08/25/2011

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**

**FUBOE   110671   DGB**

Net balance forward                                                  $0.00

## FOR PROFESSIONAL SERVICES RENDERED

Strategy meeting to discuss ▓▓▓▓▓▓▓▓▓ Began reviewing pleadings and educational records
Review emails sent from Plaintiff's counsel.
Meeting with Kristen Williams re ▓▓▓▓▓▓▓▓▓▓▓▓▓
Continued reviewing educational records
Review of information and ▓▓▓▓▓▓▓; drafting motion for continuance and related affidavits; email to
attorney Chris Vance re: duty to confer in good faith
Strategy meeting to discuss ▓▓▓▓▓▓▓▓▓
Startegy meeting with Glenn Brock, Nina Gupta and Kristen Williams re ▓▓▓▓▓▓▓▓▓▓
Finalizing and filing motion for continuance; receipt and review of several emails re: IEP meeting
Discuss audio recordings of witness interviews and production pursuant to GORA request with Video Impact;
produce same to opposing counsel; strategize ▓▓▓▓▓▓▓▓▓▓; review and respond to emails from
C. Vance regarding IEP meeting dates;
Review of information; drafting and editing motion for continuance; emails regarding scheduling IEP meeting
Review and revise Motion for Continuance.
Begin review of Investigation Report for Melanie Pickens.
Continue review of Investigative Report on Melanie Pickens.
Revie of information; conference with Drs. Avossa and La Cava re: ▓▓▓ receipt and review of order denying
motion for continuance; filing Request for Clarificaiton; preparation for hearing
Finish review of Investigative Report on Melanie Pickens.
Review of Investigative Report on Frances Boyd.
Prepare memo summarizing ▓▓▓▓▓▓▓▓▓▓▓
Prepare witness list for individuals to interview.
Review Due Process Hearing Request.
Legal Research re: ▓▓▓▓▓▓▓▓▓
Review and respond to emails regarding IEP meeting for A. Williams;
Discuss ▓▓▓▓▓▓▓▓▓▓▓▓ with D. Pettes; review and respond to emails regarding trial;
Conducted research re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Preparation for hearing; email from attorney Chris Vance re: settlement to continue hearing; email to Dr. Avossa
re: same
Review Due Process Hearing Request for facts to include in Motion for Judgment On The Record.
Prepare Defendant's Notification of Conflicts.
Legal research on ▓▓▓▓▓▓▓▓▓▓▓

Review education records for information █████████████████████████████████
Prepare Brief in Support of Motion for Judgment on the Record.
Review information with S. Evans regarding ███████████████
Review and respond to emails regarding IEP meeting;
Email exchanges with attonrey Chris Vance re: mediation and settlement; receipt of several emails from Vance re: status
Email to Samantha Evans re: ████████████ receipt and review of several emails from attorney Chris Vance re: status and demands
Prepare drafts of ███████████████████████
Continued review of educational records
Preparation for hearing; investigation into ████████████
Review witness list and prepare same; strategize regarding ████████████████████████████
contact D. Pettes regarding ██████
Strategy meeting to discuss ████████████ Reviewed educational records; Reviewed Order from the Court
Meet with Christy Calbos and Kristen Williams re ██████████████████████
Continue preparing Brief In Support of Motion for Judgment On The Record.
Legal research re ████████████████████████████████
Review and respond to emails from S. Evans regarding ████████████████████████████
Continue preparing Brief in Support of Motion for Judgment on the Record.
Legal research re ██████████████████
Review of information; drafting Witness List disclosure; review and edit of Motion to Dismiss re: statute of limitations; telephone conference with Stephanie Sosebee re: ██████████████████
Review subpoenas; strategize regarding ████████████████████████; review motion to quash and supplement same; prepare and final letter on good faith meet and confer;
Review Due Process Hearing Request for any allegations concerning IDEA procedures violated or IEP problems.
Legal research re ██████████████████
Review and revise Brief In Support of dispositive motion.
Receipt and review written statements of Susan Tallant, Melanie Pickens, Yasaland King, Denise Baugh, Judy Massey,Trishia LeBlanc and Judy Massey, Child Protective Services report and Abuse By An Employee Assessment Report.
Telephone conference with Trishia LeBlanc re ██████████████████████
Legal research re ████████████████████████
Reviewing and organizing documents for five-day exchange; drafting document list; review of Plaintiff's documents; ███████████████████████████
Finish preparing response to AJC's Rule 43 Request.
Receipt and review of documents from Trish LeBlanc.
Review of documents produced by Plaintiffs and re strategy ██████████████████
Compiled joint witness list; drafted proposed letter to witnesses advising of their right to counsel
Attention to Hopewell matter; telephone conference with ████████████; reviewed ████████████████
Research and compile factual evidence of potential witnesses, both for plaintiff and defendant; █████████████████████
████████████████████████████
Trial preparation; revision of response to Rule 43 request from AJC; revision of Motion in Limine; telephone conference with Dr. La Cava re: ████████████ email to Dr. La Cava re: ████████████████
Meeting with Nina Gupta, Glenn Brock and Clem Doyle to discuss ██████████████████████
Begin organizing witness list and assignments to contact same.
Review witness statement of Francis Boyd.
Prepare motion in limine.

|  | ======== |
|---|---|
| Total fees for this matter | $24,462.00 |

## EXPENSES

| | | |
|---|---|---:|
| 08/02/11 | CHRISTY CALBOS; Local travel-TRIP TO CENTENNIAL H.S. TO PICK UP ████████ | 20.35 |
| 08/02/11 | CHRISTY CALBOS; Local travel-TRIP TO CENTENNIAL H.S. TO MEET WITH DOTTIE PETTIES TO ████ | 19.26 |
| 08/02/11 | CHRISTY CALBOS; Local travel-A. WILLIAMS MEDIATION AT DEKALB COUNTY COURTHOUSE-07/14/2011 | 16.06 |
| 08/25/11 | Copies | 131.25 |
| 08/25/11 | Postage | 0.44 |
| | | ======== |
| | Total expenses for this matter | $187.36 |

## BILLING SUMMARY

| | |
|---|---:|
| TOTAL FEES | $24,462.00 |
| TOTAL EXPENSES | $187.36 |
| | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$24,649.36** |
| PLUS BALANCE FORWARD | $0.00 |
| | ======== |
| **TOTAL BALANCE NOW DUE** | **$24,649.36** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**
███████████████

October 11, 2011

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA  30315

Bill Number 108655
Billed through 09/25/2011

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**
**FUBOE   110671   DGB**

Net balance forward                                                  $0.00

## FOR PROFESSIONAL SERVICES RENDERED

Prepare ███████████; telephone conference with Board and Superintendent; conference with Kristen Williams;
Review of information; email to Dr. La Cava re: ████████████
Compiled responsive records for subpoena to FCSD Custodian of Records; Drafted 10-day letter
Prepare Motion to Quash.
Preparation for and attendance at preliminary hearing; review of information; receipt and review of several emails
from attorney Chris Vance re: status and settlement; email to client re: ███████
Attend Preliminary Hearing.
Email to Dottie Pettes re: ████████; receipt and review of several emails from attorney Chris Vance re: status;
letter to Vance regarding subpoenas; telephone conference with Nancy Wadel re: ███████
Review and finalize names on witness list; respond to emails regarding ██████████
Review of Williams' academic file and IEPs for academic progress in preparation for upcoming hearing;
Review of Williams' academic file and IEPs for academic progress in preparation for upcoming hearing;
Review of Williams' academic file and IEPs for academic progress in preparation for upcoming hearing;
Review of information regarding subpoenas and demands for information; editing and revising Motion to Quash
subpoenas;
Legal research re ███████████████████
Review subpoenas that have been served.
Prepare Motion To Quash.
Email exchanges and telephone conferences with Cindy Kanner re: ██████████████
receipt and review of subpoena to Linda Schultz; review of Motion to Quashh same; letter to attorney Chris Vance
re: documents to be produced; telephone conferences with individuals subpoenaed by District re: ██████████
Telephone conference with Cindy Kanner re: ███████████████████
drafting and serving several subpoenas on Plaintiffs' witnesses; telephone conferene with subpoenaed witness re:
███████; review of records;
Receipt and review proposed stipulations from Plaintiffs' attorney.
Prepare for conference call tomorrow.
Review Motion To Quash and notes from Preliminary Hearing to prepare for conference call.
Conference call for oral argument on Motion to Quash.
Review of documents we need to gather by Tuesday.
Prepare Motion to Quash subpoena to Lirda Schultz.
Witness prep; receipt and review of several emails from attorney Chris Vance re: settlement and document
production;

Review investigative report for Melanie Pickens.
Review documents to be produced to Plaintiffs' counsel
Telephone conference with Cindy Kanner re █████████████████
Telephone conference with Kenny Wilder re █████████████████
Begin review of emails from Kenny Wilder.
Receipt and review of email from attorney Chris Vance re: settlement; email from CHOA counsel re: subpoena;
Continue reviewing emails from Kenny Wilder to produce to Plaintiffs' counsel.
Begin massive email review of over 1500 "Lisa Williams" emails for responsiveness.
Email review for discovery production;
Review of emails to be produced; telephone conference with Craig Vance re: continuane; receipt and review of Motion for Continuance; telephone conferences with individuals subpoenaed by Distrcit regarding █████████
Prepare email to Plaintiffs' counsel re emails pre February 2011.
Prepare email to witnesses re ███████████████
Review documents produced by Plaintiffs and prepare index of same.
Finish reviewing emails to redact and procuce to Plaintiffs' counsel.
Continue massive email review of over 1500 "Lisa Williams" emails for responsiveness.
Receipt and review Rule 43 Request from WSB-TV.
Prepare Response to WSB-TV's Rule 43 Request.
Receipt and review of Judge's Order on Motions In Limine and To Quash.
Prepare email to Dr. LaCava re ███████████████████
Attend scheduling conference call.
Receipt and review of several emails from Vance re; status;

|  |  |
|---|---|
|  | ======== |
| Total fees for this matter | $18,923.60 |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 09/14/11 | TODD HATCHER; Local travel-PRELIMINARY HEARING-08/29/2011 | 35.80 |
| 09/14/11 | LASERSHIP, INC.; Courier Service-CHRIS VANCE-08/22/2011 | 29.04 |
| 09/19/11 | NEERU GUPTA-ALEX WILLIAMS PRE TRIAL HEARING-08/29/2011 | 10.45 |
| 09/19/11 | NEERU GUPTA-PARKING AT HEARING-08/29/2011 | 16.00 |
| 09/25/11 | Copies | 448.50 |
| 09/25/11 | Postage | 102.61 |
|  |  | ======== |
|  | Total expenses for this matter | $642.40 |

## BILLING SUMMARY

|  |  |
|---|---|
| TOTAL FEES | $18,923.60 |
| TOTAL EXPENSES | $642.40 |
|  | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$19,566.00** |
| PLUS BALANCE FORWARD | $0.00 |
|  | ======== |
| **TOTAL BALANCE NOW DUE** | **$19,566.00** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**

November 14, 2011

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA 30315

Bill Number 109134
Billed through 10/25/2011

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**

**FUBOE   110671   DGB**

Net balance forward                                                $0.00

## FOR PROFESSIONAL SERVICES RENDERED

Telephone conference with Larry Domenico re ███████████████████
Receipt and review redacted DFACS records for Alex Williams.
Review email from Plaintiff's attorney re missing items not produced; prepare lengthy email in response addressing issues.
Review of issues Plaintiff's counsel raised re: subpoena requests.
Email exchanges with subpoenaed witnesses confirming ████████████████████████; email to client regarding ██████████████
Editing and finalizing settlement letter to attorney Chris Vance;
Telephone conference with Larry Domenico re ███████████████████████
████████████████
Telephone conference with Bill Buechner re Pickens' subpoena and whether District will pay her legal fees.
Email to attorney Chris Vance re: produciton of emails in response to subpoena;
Telephone conference with Bill Buechner re Order on Motion in Limine.

========

Total fees for this matter                                        $1,102.50

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 10/11/11 | LASERSHIP, INC.; Courier Service-FULTON COUNTY SCHOOL DISTRICT-09/01/2011 | 47.67 |
| 10/11/11 | LASERSHIP, INC.; Courier Service-FULTON COUNTY SCHOOLS | 26.13 |
| 10/24/11 | NEERU GUPTA; Local travel-WITNESS PREPARATION-09/06/2011 | 22.55 |
| 10/25/11 | Postage | 0.44 |

========

Total expenses for this matter                                    $96.79

## BILLING SUMMARY

|  |  |
|--|--|
| TOTAL FEES | $1,102.50 |
| TOTAL EXPENSES | $96.79 |

========

**TOTAL CHARGES FOR THIS BILL**                                   **$1,199.29**

PLUS BALANCE FORWARD                                               $0.00
                                                              ========
**TOTAL BALANCE NOW DUE**                                     **$1,199.29**

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**
███████████████

December 8, 2011

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA 30315

Bill Number 109620
Billed through 11/25/2011

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**
**FUBOE    110671    DGB**

Net balance forward                                                          $0.00

## FOR PROFESSIONAL SERVICES RENDERED

Review of information; ███████████████ with Dottie Pettes;
Meet with Dottie Pettes to ███████████████████
Review of information and preparation for hearing;
Email exchange with attorney Chris Vance re: documents produced pursuant to subpoena and scheduling of
subpoeaned witnesses; receipt and review of order denying motion to quash subpoena to Board member;
preparation for hearing;
Telephone conference with Board member re: █████████ email exchanges with attorney Chris Vance re:
production of documents, admission of documents into evidence, and scheduling of witnesses; emails to
witnesses re: scheduling; email exchange with Vance re; settlement proposal; preparation for hearing;
Review of information to ███████████.
Review medical records from Child Neurology Associates, P.C.; review of other medical and therapy records
produced by plaintiffs' attorney; review PT and OT notes; review IEP's.
███████████ with Nancy Wadel and Board member; email exchanges with attorney Chris Vance re: scheduling of
witnesses; email to witnesses with Court information; preparation for hearing;
Finish reviewing IEP's.
Telephone conference with Larry Domenico re ███████████████████████████
Prepare cross examination of medical providers.
Attend Evidentiary Hearing.
Preparation for and attendance at due process hearing; preparation for continued hearing;
Attend Evidentiary Hearing; prepare cross examination of the Williams'.
Preparation for and attendance at due process hearing; preparation for continuation of hearing;
Attend Evidentiary Hearing.
Preparation for and attendance at due process hearing; preparation for continuation of due process hearing;
Attend Evidentiary Hearing.
Conference with Dottie Pettes re: █████████; preparation for continuation of hearing;
Preparation for and attendance at due process hearings; review of records produced pursuant to subpoena;
telephone conferences with Dottie Pettes re: ███████████████
Attend Evidentiary Hearing.
Telephone calls with Fulton County Dist. Atty Records and  Warrant Division re status of 2009 warrant application
and records re Melanie Pickens;
Preparation for final day of hearing; email exchanges with attorney Chris Vance re: documents requested;
telephone conferences and email exchanges with Dottie Pettes re: ████████

Receipt and review of investigative report by Joe Umbarger sent to him by Brock Clay.
Preparation for and attendance at final day of due process hearing;
Attend evidentiary hearing.
Issues re: settlement agreement;
Email exchanges with attorney Chris Vance re: copies needed of plaintiffs' exhibits;

|  |  |
|---|---:|
| Total fees for this matter | $32,306.00 |

## EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 11/11/11 | TODD HATCHER; Local travel-MILEAGE TO ATTEND EVIDENTIARY HEARING-11/07/2011 | 19.80 |
| 11/11/11 | TODD HATCHER; Local travel-PARKING-11/07/2011 | 4.00 |
| 11/11/11 | TODD HATCHER; Local travel-MILEAGE TO ATTEND EVIDENTIARY HEARING-11/08/2011 | 19.80 |
| 11/11/11 | TODD HATCHER; Local travel-PARKING 11/08/2011 | 16.00 |
| 11/11/11 | TODD HATCHER; Local travel-MILEAGE TO ATTEND EVIDENTIARY HEARING-11/09/2011 | 19.80 |
| 11/11/11 | TODD HATCHER; Local travel-PARKING-11/09/2011 | 5.00 |
| 11/11/11 | TODD HATCHER; Local travel-COPY COSTS TO DUPLICATE TRIAL NOTEBOOK FOR JUDGE-11/09/2011 | 376.84 |
| 11/11/11 | TODD HATCHER; Local travel-MILEAGE TO ATTEND EVIDENTIARY HEARING-11/10/2011 | 19.80 |
| 11/11/11 | TODD HATCHER; Local travel-PARKING-11/10/2011 | 16.00 |
| 11/21/11 | TODD HATCHER; Local travel-MILEAGE FOR EVIDENTIARY HEARING-11/14/2011 | 19.80 |
| 11/21/11 | TODD HATCHER; Local travel-PARKING FOR EVIDENTIARY HEARING-11/14/2011 | 8.80 |
| 11/21/11 | TODD HATCHER; Local travel-MILEAGE FOR EVIDENTIARY HEARING-11/16/2011 | 19.80 |
| 11/21/11 | TODD HATCHER; Local travel-PARKING FOR EVIDENTIARY HEARING-11/16/2011 | 16.00 |
| 11/21/11 | TODD HATCHER; Local travel-MILEAGE FOR MEETING WITH CLIENT AND EXPERTS TO PREPARE FOR MEDIATION-11/17/2011 | 28.60 |

|  |  |
|---|---:|
| Total expenses for this matter | $590.04 |

## BILLING SUMMARY

|  |  |
|---|---:|
| TOTAL FEES | $32,306.00 |
| TOTAL EXPENSES | $590.04 |
| **TOTAL CHARGES FOR THIS BILL** | **$32,896.04** |
| PLUS BALANCE FORWARD | $0.00 |
| **TOTAL BALANCE NOW DUE** | **$32,896.04** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC
**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**

January 12, 2012

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA  30315

Bill Number  110178
Billed through  12/25/2011

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**

**FUBOE   110671   DGB**

Net balance forward                                             $0.00

## FOR PROFESSIONAL SERVICES RENDERED

Preparation for and attendance at due process hearing; preparation for continued hearing;
Begin preparing Post-Trial Brief.
Review trial transcript testimony of Lisa Williams.
Review trial transcript testimony of Mike Mueller.
Review of information; summarizing ▮▮▮▮▮▮▮▮▮▮▮▮▮
Review trial transcript testimony of Michael Mueller.
Prepare Defendant's Post-Trial Brief.
Prepare Defendant's Post-Trial Brief.
Prepare Defendant's Post-Trial Brief.
Review and revise Defendant's Post-Trial Brief.

|  |  |
|---|---|
| | ======== |
| Total fees for this matter | $8,505.00 |

**EXPENSES**

| | | |
|---|---|---:|
| 12/13/11 | NEERU GUPTA; Local travel-PARKING AT TRIAL-11/11/2011-11/16/2011 | 96.00 |
| 12/13/11 | NEERU GUPTA; Local travel-WITNESS PREP FOR HEARING-11/04/2011 | 14.30 |
| | | ======== |
| | Total expenses for this matter | $110.30 |

## BILLING SUMMARY

| | |
|---|---:|
| TOTAL FEES | $8,505.00 |
| TOTAL EXPENSES | $110.30 |
| | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$8,615.30** |
| PLUS BALANCE FORWARD | $0.00 |
| | ======== |
| **TOTAL BALANCE NOW DUE** | **$8,615.30** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**
██████████

February 7, 2012

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA  30315

Bill Number  110550
Billed through  01/25/2012

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**

**FUBOE   110671   DGB**

Net balance forward                                        $0.00

## FOR PROFESSIONAL SERVICES RENDERED

Review and revision of post-trial brief;
Receipt and review of Order extending time for issuing final decision; email to Drs. Avossa and La Cava re: ██████

                                                           ========
      Total fees for this matter                    $562.50
                                                           ========

## BILLING SUMMARY

|                                    |          |
|------------------------------------|----------|
| TOTAL FEES                         | $562.50  |
|                                    | ======== |
| **TOTAL CHARGES FOR THIS BILL**    | **$562.50** |
| PLUS BALANCE FORWARD               | $0.00    |
|                                    | ======== |
| **TOTAL BALANCE NOW DUE**          | **$562.50** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**
██████████████

March 13, 2012

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA 30315

Bill Number 111380
Billed through 02/25/2012

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**
**FUBOE   110671   DGB**

Net balance forward                                                                        $0.00

## FOR PROFESSIONAL SERVICES RENDERED

Receipt and review of final decision; email to client ████████████
Receipt and review Judgment.
Reviewed Order; discussed with Nina Gupta; emailed to client;
Email exchanges with staff and Board members re: ██████
Email exchanges with attorney Chris Vance and OSAH re: status;
Email exchanges with attorney Chris Vance re: status;
Email exchange with attorney Chris Vance re: submission of invoices;
Meet with Board in Executive Session to discuss ████████████
Receipt and review of Plaintiff's statement of costs; email to client re: ████████
Review and revision of Response to Plaintiff's Statement of Costs; email exchange with attorney Chris Vance re:
attorney's fees; email to client re: ██████
Receipt and review Plaintiff's Bill of Costs; review Final Decision; prepare District's Response to Plaintiff's Filing of
Costs.
Email exchanges with attorney Chris Vance re: payment of PLaintiffs' attorney fees;
Review and revise District's Response to Plaintiffs' Filing of Costs.

|  |  |
|---|---:|
|  | ======== |
| Total fees for this matter | $3,597.50 |

## EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 02/21/12 | TODD HATCHER; Local travel-MILEAGE FOR MEETING WITH BOARD OF EDUCATION | 19.98 |
|  |  | ======== |
|  | Total expenses for this matter | $19.98 |

## BILLING SUMMARY

|  |  |
|---|---:|
| TOTAL FEES | $3,597.50 |
| TOTAL EXPENSES | $19.98 |
|  | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$3,617.48** |
| PLUS BALANCE FORWARD | $0.00 |

========

**TOTAL BALANCE NOW DUE**                                    **$3,617.48**

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**

April 17, 2012

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA  30315

Bill Number  111901
Billed through 03/25/2012

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**
**FUBOE   110671   DGB**

Net balance forward                                    $0.00

**FOR PROFESSIONAL SERVICES RENDERED**

 Receipt and review Plaintiff's Reply Brief in Support of Motion for Costs.

|  | |
|---|---|
| | ======== |
| Total fees for this matter | $22.50 |
| | ======== |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $22.50 |
| | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$22.50** |
| PLUS BALANCE FORWARD | $0.00 |
| | ======== |
| **TOTAL BALANCE NOW DUE** | **$22.50** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**

May 10, 2012

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA 30315

Bill Number 112409
Billed through 04/25/2012

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**

**FUBOE   110671   DGB**

Net balance forward                                                  $0.00

**FOR PROFESSIONAL SERVICES RENDERED**

Receipt and review of alleged bill of costs from attorney Chris Vance; email to client re:

========

Total fees for this matter                                          $270.00

**EXPENSES**

04/25/12   Copies                                                    859.50
04/25/12   Postage                                                     0.65
                                                                   ========
Total expenses for this matter                                      $860.15

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $270.00 |
| TOTAL EXPENSES | $860.15 |
| | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$1,130.15** |
| PLUS BALANCE FORWARD | $0.00 |
| | ======== |
| **TOTAL BALANCE NOW DUE** | **$1,130.15** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**
██████████████

June 13, 2012

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA 30315

Bill Number 112976
Billed through 05/25/2012

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**

**FUBOE   110671   DGB**

Net balance forward                                                    $0.00

## FOR PROFESSIONAL SERVICES RENDERED

Email to attorney Chris Vance re: request for reimbursement for costs;
Email to attorney Chris Vance re: reimbursement for costs and fees;
Email to Robert Morales ████████████████████████████████
████████████████████████

|  | ======== |
|---|---|
| Total fees for this matter | $360.00 |

**EXPENSES**

05/10/12    LASERSHIP, INC.; Courier Service-FULTON COUNTY SCHOOL DISTRICT-04/25/2012    36.56

|  | ======== |
|---|---|
| Total expenses for this matter | $36.56 |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $360.00 |
| TOTAL EXPENSES | $36.56 |
| | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$396.56** |
| PLUS BALANCE FORWARD | $0.00 |
| | ======== |
| **TOTAL BALANCE NOW DUE** | **$396.56** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**

July 13, 2012

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA 30315

Bill Number  113559
Billed through 06/25/2012

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**

**FUBOE   110671   DGB**

Net balance forward                                                    $0.00

## FOR PROFESSIONAL SERVICES RENDERED

Receipt and review of proposed IEP from Williams family; email to Gonzalo La Cava re: ███████
████████████████████████████████████████████; email exchange with attorney Chris
Vance re: same;

|                                    |            |
|------------------------------------|------------|
|                                    | ======== |
| Total fees for this matter         | $697.50    |
|                                    | ======== |

## BILLING SUMMARY

|                              |            |
|------------------------------|------------|
| TOTAL FEES                   | $697.50    |
|                              | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$697.50** |
| PLUS BALANCE FORWARD         | $0.00      |
|                              | ======== |
| **TOTAL BALANCE NOW DUE**    | **$697.50** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**
██████████

August 9, 2012

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA  30315

Bill Number  114112
Billed through 07/25/2012

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**

**FUBOE   110671   DGB**

Net balance forward                                    $0.00

## FOR PROFESSIONAL SERVICES RENDERED

Email exchange with Gonzalo La Cava re: ███████████████████████
Email exchange with Robert Morales ████████████████
Email exchanges with Robert Morales annd Gonzalo La Cava re: ██████████████████ email
to attorney Chris Vance re: same;

|  |  |
|---|---|
| | ======== |
| Total fees for this matter | $405.00 |

**EXPENSES**

| 07/25/12 | Postage | 5.30 |
|---|---|---|
| | | ======== |
| | Total expenses for this matter | $5.30 |

## BILLING SUMMARY

|  |  |
|---|---|
| TOTAL FEES | $405.00 |
| TOTAL EXPENSES | $5.30 |
| | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$410.30** |
| PLUS BALANCE FORWARD | $0.00 |
| | ======== |
| **TOTAL BALANCE NOW DUE** | **$410.30** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**

September 17, 2012

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA 30315

Bill Number 114854
Billed through 08/25/2012

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**
**FUBOE   110671   DGB**

Net balance forward                                       $0.00

**FOR PROFESSIONAL SERVICES RENDERED**

Review of file and court order; letter to DOE with status;

|  |  |
|---|---|
|  | ======== |
| Total fees for this matter | $337.50 |
|  | ======== |

**BILLING SUMMARY**

|  |  |
|---|---|
| TOTAL FEES | $337.50 |
|  | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$337.50** |
| PLUS BALANCE FORWARD | $0.00 |
|  | ======== |
| **TOTAL BALANCE NOW DUE** | **$337.50** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**
███████████████

November 15, 2012

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA 30315

Bill Number 116220
Billed through 10/25/2012

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**

**FUBOE   110671   DGB**

Net balance forward                                                  $0.00

**FOR PROFESSIONAL SERVICES RENDERED**

Email exchange with Gonzalo La Cava re: ████████████████████

|                           |              |
|---------------------------|--------------|
|                           | ======== |
| Total fees for this matter | $112.50 |
|                           | ======== |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $112.50 |
| | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$112.50** |
| PLUS BALANCE FORWARD | $0.00 |
| | ======== |
| **TOTAL BALANCE NOW DUE** | **$112.50** |

# BROCK, CLAY, CALHOUN & ROGERS, LLC

**49 ATLANTA STREET**
**MARIETTA, GA 30060**
**(770) 422-1776**

January 14, 2013

FULTON COUNTY BOARD OF EDUCATION
786 CLEVELAND AVE., SW
ATLANTA, GA  30315

Bill Number  117369
Billed through  12/25/2012

**EDUCATION/SPECIAL ED./DUE PROCESS HEARING/ALEX WILLIAMS/**
**PARENTS: DOUGLAS AND LISA WILLIAMS**

**FUBOE   110671   DGB**

Net balance forward                                        $0.00

**FOR PROFESSIONAL SERVICES RENDERED**

Receipt and review of email from attorney Chris Vance re: reimbursement for attorneys fees and costs; review of attached statement of attorneys fees;
Review of information; email to attorney Chris Vance re: demand for reimbursement for attorneys fees and costs;

|  |  |
|---|---|
| | ======== |
| Total fees for this matter | $440.00 |
| | ======== |

**BILLING SUMMARY**

|  |  |
|---|---|
| TOTAL FEES | $440.00 |
| | ======== |
| **TOTAL CHARGES FOR THIS BILL** | **$440.00** |
| PLUS BALANCE FORWARD | $0.00 |
| | ======== |
| **TOTAL BALANCE NOW DUE** | **$440.00** |