# EXHIBIT 6



# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 Columbia, South Carolina 29211
Tel: 803.799.2000

Fulton County School System
ATTN: Gonzalo La Cava
786 Cleveland Avenue, SW
Atlanta, GA 30315-7299

May 3, 2013
Invoice 1411625 Page 1

Our Matter # 41277/01515
Name of Matter: Williams Alex

For Services Through 04/30/13

| Date | Description | Hours | Amount |
|---|---|---|---|
| 02/20/13 | Fulton County School System/Alex Williams due process: Review email from Attorney Vance re: payment of attorneys fees. <br> N. GUPTA | 0.20 hrs. | $55.00 |
| 02/20/13 | Research regarding [redacted] <br> K.L. AMS | 0.30 hrs. | $67.50 |
| 02/21/13 | Fulton County School System/Alex Williams due process: Email exchange with Attorney Vance re: payment of fees. <br> N. GUPTA | 0.30 hrs. | $82.50 |
| 02/25/13 | Research regarding [redacted]; review law regarding [redacted] <br> K.L. AMS | 0.30 hrs. | $67.50 |
| 02/26/13 | Research regarding [redacted] <br> K.L. AMS | 2.70 hrs. | $607.50 |
| 02/27/13 | Draft memorandum [redacted] <br> K.L. AMS | 3.90 hrs. | $877.50 |
| 02/28/13 | Finalize Memorandum [redacted] <br> K.L. AMS | 2.80 hrs. | $630.00 |
| 03/05/13 | Review of information regarding [redacted] memo to Board re: [redacted] <br> N. GUPTA | 1.80 hrs. | $495.00 |
| 03/19/13 | Review of memo regarding [redacted] letter to Attorney Vance re: same. <br> N. GUPTA | 1.80 hrs. | $495.00 |
| 03/26/13 | Telephone conference with Gonzalo La Cava re: [redacted] <br> N. GUPTA | 0.30 hrs. | $82.50 |

**Fees for Legal Services**.................................................................. **$3,460.00**

Fulton County School System

May 3, 2013
Invoice 1411625  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N. GUPTA | 4.40 | 275.00 | 1,210.00 |
| K.L. AMS | 10.00 | 225.00 | 2,250.00 |
| TOTAL | 14.40 | $240.28 | $3,460.00 |

Net current billing for this invoice .................................................................... $3,460.00

**GRAND TOTAL** ........................................................................................... **$3,460.00**

# Nelson
# Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 Columbia, South Carolina 29211
Tel: 803.799.2000

Fulton County School System
ATTN: Gonzalo La Cava
786 Cleveland Avenue, SW
Atlanta, GA 30315-7299

July 29, 2013
Invoice 1430100  Page 1

| Our Matter # | 41277/01515 | For Services Through 06/30/13 |
|---|---|---|
| FCBE | Litigation | |
| Name of Matter: | Williams Alex | |

| Date | Description | | |
|---|---|---|---|
| 05/29/13 | Email exchange with Dr. Gonzalo La Cava regarding ▮▮▮ | | |
| | N. GUPTA | 0.20 hrs. | $55.00 |
| 06/13/13 | Review of bills from SBG and Pediatric Development Center to review total hours of service; email exchange with Dr. Gonzalo La Cava regarding ▮▮ | | |
| | N. GUPTA | 2.70 hrs. | $742.50 |
| 06/20/13 | Review of all invoices submitted by SBG and Pediatric Development; email to Dr. Gonzalo La Cava regarding ▮▮▮ | | |
| | N. GUPTA | 2.10 hrs. | $577.50 |
| 06/21/13 | Email exchange with Dr. Gonzalo La Cava regarding ▮▮▮ | | |
| | N. GUPTA | 0.20 hrs. | $55.00 |
| 06/24/13 | Email exchange with Dr. Gonzalo La Cava regarding ▮▮▮ | | |
| | N. GUPTA | 0.50 hrs. | $137.50 |

**Fees for Legal Services** .................................................................. **$1,567.50**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N. GUPTA | 5.70 | 275.00 | 1,567.50 |
| TOTAL | 5.70 | $275.00 | $1,567.50 |

**Net current billing for this invoice** ............................................. **$1,567.50**

**GRAND TOTAL** ........................................................................... **$1,567.50**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000
accounts.receivable@nelsonmullins.com

Fulton County School System
ATTN: Gonzalo La Cava
786 Cleveland Avenue, SW
Atlanta, GA 30315-7299
United States of America

Our Matter #        41277/01515              For Services Through 06/30/13
FCBE                Litigation
Name of Matter:     Williams Alex

| | |
|---|---|
| Fees for Professional Services | $1,567.50 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| Net current billing for this invoice............................................................. | $1,567.50 |
| **GRAND TOTAL** ................................................................................................. | **$1,567.50** |

**Terms of Payment:  Balance due within thirty days of invoice date**

### ELECTRONIC PAYMENT INSTRUCTIONS

| Domestic Wire Transfer | Foreign Wire (USD) Transfer | Automated Clearing House (ACH) Transfer |
|---|---|---|
| **Receiving Bank:** Columbus Bank & Trust (CB&T) 1148 Broadway Columbus, GA 31901 **ABA Number:** 061100606 **Beneficiary Customer:** Nelson Mullins Riley & Scarborough LLP Operating Account **Beneficiary Account:** 1002720611 | **Intermediary Bank:** Standard Chartered Bank New York, NY **SWIFT Code:** SCBLUS33 **Beneficiary Bank:** Synovus Bank Birmingham, AL **SWIFT Code:** FICOUS44 **Beneficiary Customer:** Nelson Mullins Riley & Scarborough LLP Operating Account **Beneficiary Account:** 1002720611 | **Beneficiary Bank:** NBSC a division of Synovus Bank PO Box 1798 Sumter, SC 29151-1798 **ABA Number:** 053200666 **Beneficiary Customer:** Nelson Mullins Riley & Scarborough LLP Operating Account **Beneficiary Account:** 1002720611 |

**Wire Reference Field:** Note the NMRS Invoice and Matter Number