IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALEXANDER WILLIAMS, *by and through his Guardian, Conservator, and Next Friends*, DOUGLAS WILLIAMS and LISA WILLIAMS; DOUGLAS WILLIAMS; and LISA WILLIAMS, | : : : : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| FULTON COUNTY SCHOOL DISTRICT, et al., | : : : | CIVIL ACTION NO. 1:14-CV-0296-AT |
| Defendants. | : : | |
| _____ | : : | _____ |
| GARRETT MASON LEE, by and through his Guardian, Conservator, and Next Friends, SHAYNE LEE, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | |
| FULTON COUNTY SCHOOL DISTRICT, et al., | : : : | CIVIL ACTION NO. 1:14-CV-1399-AT |
| Defendants. | : : | |

**ORDER**

The Court recently directed the parties to confer about agreeing to a modified scheduling order rather than briefing Defendants' motions to exclude

Plaintiffs' experts for being untimely disclosed.  The parties have agreed on the following modified scheduling order, which the Court approves:

1.  Defendants will have until September 21, 2017, to identify rebuttal experts, if any.

2.  Defendants must produce any rebuttal expert reports by October 6, 2017.

3.  The parties must complete all expert depositions by November 20, 2017.

4.  The parties must contact the court by November 22, 2017, to request a conference to discuss summary judgment motions.

Defendants' Motions to Exclude [Case No. 14-cv-296, Doc. 209; Case No. 14-cv-1399, Doc. 132] are **DENIED**.

**IT IS SO ORDERED** this 10th day of August, 2017.

_____
**Amy Totenberg**
**United States District Judge**