# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER WILLIAMS, by and through his Guardian, Conservator, and Next Friends, DOUGLAS WILLIAMS and LISA WILLIAMS; DOUGLAS WILLIAMS; and LISA WILLIAMS, <br><br> Plaintiffs, <br><br> v. <br><br> FULTON COUNTY SCHOOL DISTRICT, *et al.*, <br><br> Defendants. | <br><br><br><br><br><br><br><br><br>CIVIL ACTION FILE <br>NO. 1:14-CV-00296-AT |
| GARRETT MASON LEE, by and through his Guardian, Conservator, and Next Friend, SHAYNE LEE, <br><br> Plaintiff, <br><br> v. <br><br> FULTON COUNTY SCHOOL DISTRICT, *et al.*, <br><br> Defendants. | <br><br><br><br><br><br><br><br>CIVIL ACTION FILE <br>NO.  1:14-CV-1399-AT |

## **JOINT MOTION TO STAY PROCEEDINGS**

COME NOW Fulton County School District ("FCSD" or "District"); Paula Merritt; Vicki Denmark; Ralph Lynch; James Wilson; Ronnie Wade; Stephanie Schuette; Harvey Beasley; William Thompson; Nancy Wadel; Dorothy Pettes; Nancy Shelley; Donna Faulkner; Emmett Shaffer; Michael Vanairsdale; Karen Weinmann; and Cindy Kanner (the "Defendants"); and Alexander Williams, by and through his Guardian, Conservator, and Next Friends, Douglas Williams, and Lisa Williams; Douglas Williams; Lisa Williams; and Garrett Mason Lee, by and through his Guardian, Conservator, and Next Friend, Shayne Lee ("Plaintiffs") (collectively the "Parties") and jointly move this Court to stay all proceedings and deadlines except as to those pertaining to Plaintiffs and Defendant Boyd. Good cause exists for granting the Parties' motion, as is set forth below.

The Parties have executed settlement agreements in both above-styled cases, and this Court has approved both agreements. Defendants requires time to perform fully under the terms of both agreements. After Defendants have satisfied their obligations under the terms of the settlement agreements, the Parties will file a joint stipulation of dismissal, dismissing with prejudice all Defendants, except Defendant Francis Boyd. The Parties request that this Court stay all deadlines, except as to those

affecting Defendant Boyd, in these cases until the Parties file the above-described dismissal or a motion to open said stay for non-performance.

Respectfully submitted this 24th day of March 2021.

/s/ CHRIS E. VANCE.
Chris E. Vance
Georgia Bar No. 724199
*Attorney for Plaintiffs*

CHRIS E. VANCE, P.C.
2415 Oak Grove Valley Road, N.E., Suite 100
Atlanta, GA 30345
(404) 320-6672 (phone)
(404) 320-3412 (facsimile)
chris@chrisvancepc.com

/s/ BRANDON O. MOULARD
Charles T. Huddleston
Georgia Bar No. 373975
Brandon O. Moulard
Georgia Bar No. 940450
*Attorneys for Defendants Fulton County School District; Paula Merritt; Vicki Denmark; Ralph Lynch; James Wilson; Ronnie Wade; Stephanie Schuette; Harvey Beasley; William Thompson; Nancy Wadel; Dorothy Pettes; Nancy Shelley; Donna Faulkner; Emmett Shaffer; Michael Vanairsdale; Karen Weinmann; and Cindy Kanner*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Atlantic Station / 201 17th Street, NW / Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)

(404) 322-6050 (facsimile)
charles.huddleston@nelsonmullins.com
brandon.moulard@nelsonmullins.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing was prepared using Times New Roman font, 14-point type, which is one of the font and print selections approved by the Court in L.R. 5.1(B).

This 24th day of March, 2021.

                                       /s/ BRANDON O. MOULARD
                                       Charles T. Huddleston
                                       Georgia Bar No. 373975
                                       Brandon O. Moulard
                                       Georgia Bar No. 940450
                                       *Attorneys for Defendants Fulton County School District; Paula Merritt; Vicki Denmark; Ralph Lynch; James Wilson; Ronnie Wade; Stephanie Schuette; Harvey Beasley; William Thompson; Nancy Wadel; Dorothy Pettes; Nancy Shelley; Donna Faulkner; Emmett Shaffer; Michael Vanairsdale; Karen Weinmann; and Cindy Kanner*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Atlantic Station / 201 17th Street, NW / Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (facsimile)
charles.huddleston@nelsonmullins.com
brandon.moulard@nelsonmullins.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, I served the foregoing **JOINT MOTION TO STAY PROCEEDINGS** by filing a copy of the same with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Chris E. Vance, Esq.
CHRIS E. VANCE, P.C.
2415 Oak Grove Valley Road
Suite 100
Atlanta, GA 30345
*Counsel for Plaintiff*

Lawrence B. Dominico
Deborah Shelles Cameron
MOZLEY, FINLAYSON &
LOGGINS LLP
One Premier Plaza, Suite 900
5605 Glenridge Drive, NE
*Co-counsel for Defendant Paula Merritt*

John D. Wales
Law Offices of John D. Wales, P.C.
600 Village Trace, Suite 175
Marietta, GA 30067
*Counsel for Defendant Frances Boyd*

[SIGNATURE ON FOLLOWING PAGE]

<div style="margin-left: 50%;">

/s/ BRANDON O. MOULARD
Charles T. Huddleston
Georgia Bar No. 373975
Brandon O. Moulard
Georgia Bar No. 940450
*Attorneys for Defendants Fulton County School District; Paula Merritt; Vicki Denmark; Ralph Lynch; James Wilson; Ronnie Wade; Stephanie Schuette; Harvey Beasley; William Thompson; Nancy Wadel; Dorothy Pettes; Nancy Shelley; Donna Faulkner; Emmett Shaffer; Michael Vanairsdale; Karen Weinmann' and Cindy Kanner*

</div>

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Atlantic Station / 201 17th Street, NW / Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (facsimile)
charles.huddleston@nelsonmullins.com
brandon.moulard@nelsonmullins.com