IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER LEE,<br><br>    Plaintiff<br><br>v.<br><br>FULTON COUNTY SCHOOL DISTRICT, et al,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:14-cv-0296-AT |

O R D E R

Presently before the Court is the parties request to participate in mediation with Francis Boyd, the lone Defendant remaining in this action.

Accordingly, the parties are ordered to mediation. . The Clerk is **DIRECTED** to refer this action to the next available magistrate judge for the purpose of conducting an in person mediation. The parties are **DIRECTED** to schedule the mediation to occur **NO LATER THAN FORTY-FIVE (45) DAYS** from the dater of this Order, unless otherwise extended by the mediator to accommodate any scheduling difficulties or other exceptional circumstances. This action, as well as 1:14-cv-1399-AT, should be assigned to the same Magistrate Judge for mediation as the sole remaining defendant and counsel for the parties in both actions are the same.

Accordingly, this case is **ADMINISTRATIVELY CLOSED,** pending the outcome of the mediation. In the event that the matter does not settle, the Parties are **DIRECTED** to file a joint proposed scheduling order with the Court within TWO (2) DAYS of the completion of mediation that allows for the completion of remaining discovery.

IT IS SO ORDERED, this 20th day of July 2021.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**