# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:14-cv-00296-AT**
**Williams et al v. Fulton County School District et al**
**Honorable Catherine M. Salinas**

Minute Sheet for proceedings held In Open Court on 9/28/2021.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 1:00 P.M.
TIME IN COURT: 4:00                                         DEPUTY CLERK: Angela Smith
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:     Chris Vance representing Alexander Williams
                         Chris Vance representing Douglas Williams
                         Chris Vance representing Lisa Williams
                         John Wales representing Frances Boyd

PROCEEDING CATEGORY:     Settlement Conference;
MINUTE TEXT:             Settlement was not reached. The Clerk's office is directed to term the reference to Judge Salinas.